US DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

MAR - 6 2024

Ronald E. Dowling

By_____

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 5:24-cr-50010 |
| | ) | |
| VS. | ) | 18 U.S.C. § 175 |
| | ) | |
| JASON KALE CLAMPIT | ) | |

## INDICTMENT

The Grand Jury Charges:

## COUNT ONE

On or about November 27, 2023, and to on or about February 3, 2024, in the Western District of Arkansas, Fayetteville Division, the defendant, **JASON KALE CLAMPIT**, did knowingly develop, produce, stockpile, transfer, acquire, retain, and possess a biological agent, toxin, and delivery system for use as a weapon, and attempted such.

All in violation of Title 18, United States Code, § 175(a).

## COUNT TWO

On or about November 27, 2023, and to on or about February 3, 2024, in the Western District of Arkansas, Fayetteville Division, the defendant, **JASON KALE CLAMPIT**, did knowingly possess a biological agent, toxin, and delivery system, namely Ricin, which is not in its naturally occurring form, and was of a type and in a quantity that under the circumstances was not reasonably justified by a prophylactic, protective, bona fide research, and other peaceful purpose.

All in violation of Title 18, United States Code, § 175(b).

A True Bill.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

_/s/Grand Jury Foreperson_
Grand Jury Foreperson

By: _____

Dustin Roberts
Assistant U. S. Attorney
Arkansas Bar No. 2005185
414 Parker Avenue
Fort Smith, AR  72901
479-783-5125