IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                                                **PLAINTIFF**

v.                                              CASE NO. 5:24-CR-50010-TLB-1

**JASON KALE CLAMPIT**                                                                                                        **DEFENDANT**

### UNOPPOSED MOTION TO DETERMINE COMPETENCY OF DEFENDANT

Comes now, Jason Kale Clampit, by and through undersigned counsel, and does hereby respectfully move this Court to the following: for a hearing to determine whether Mr. Clampit is competent to proceed. Counsel respectfully requests that the Court enter an Order requiring the Federal Bureau of Prisons to conduct a competency evaluation in regard to Mr. Clampit pursuant to 18 U.S.C. § 4241, in addition to an evaluation pursuant to 18 U.S.C. § 4242, under the guidance of 18 U.S.C. § 4247, and that the evaluation be conducted prior to the hearing, and in support for this Motion states:

1. Mr. Clampit is charged by Indictment with one count of possession of a biological weapon, in violation of 18 U.S.C. § 175(a), and one count of possession of Ricin, in violation of 18 U.S.C. § 175(b).  On February 5, 2024, Mr. Clampitt appeared before the Court for an initial appearance on a criminal complaint, at which time undersigned counsel was appointed to represent Mr. Clampit in this matter.  On March 11, 2024, Mr. Clampit appeared before the Honorable Christy D. Comstock for Arraignment on the Indictment.  Trial in this matter is presently set for June 10, 2024.  Mr. Clampit has been detained since his arrest and is currently at the Washington County Detention Center.

2. Through several meetings and interactions with Mr. Clampit to review discovery

and discuss the case in preparation for trial, Mr. Clampit has complained of auditory hallucinations, of hearing voices, and of other personalities possibly controlling his mind. It is the opinion of counsel that there is reasonable cause to believe that Mr. Clampit may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. During counsel's meetings with Mr. Clampit, standard things like his charges and elements, the guidelines, and potential mandatory minimums were discussed. While he appeared to understand some of what was discussed, he has repeatedly expressed difficulty understanding aspects of his case and of having lapses in memory.

3. Due to the current state of counsel's interactions with Mr. Clampit and his demeanor and mental status complaints, Counsel respectfully requests that Mr. Clampit be further evaluated pursuant to 18 U.S.C. § 4242, to determine whether Mr. Clampit was unable to appreciate the nature and quality or the wrongfulness of any acts at the time of the alleged offense, as a result of a severe mental disease or defect. As required pursuant to Federal Rule of Criminal Procedure 12.2, and 18 U.S.C. § 4242, undersigned counsel has provided notice to counsel for the Government regarding the possibility of an insanity defense pending the results of this evaluation.

4. Counsel respectfully requests that the Court order an evaluation of Mr. Clampit to be conducted pursuant to 18 U.S.C. § 4241, 4242, and 4247, and that such evaluation be ordered prior to any hearing being held in this matter as provided under § 4241(b). Counsel also requests that the Court order the examiner who conducts the evaluation to prepare a report to be filed with the Court, with copies provided to counsel for the Government and counsel for Mr. Clampit, pursuant to 18 U.S.C. § 4747(c).

5. Undersigned counsel has contacted counsel for the Government, AUSA Dustin

Roberts, regarding this Motion and he is unopposed to it.

WHEREFORE, counsel for Mr. Clampit respectfully requests that this Court enter an order for the mental evaluation of Mr. Clampit as set forth above, requiring that he be transported to an appropriate Federal medical facility so that the evaluation can be performed prior to the hearing, and for all other relief to which he may be entitled.

Respectfully submitted,

BRUCE D. EDDY
FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF ARKANSAS

By: /s/ *Joe Alfaro*
Joe Alfaro
Assistant Federal Public Defender
112 West Center Street, Suite 300
Fayetteville, AR 72701
(479) 442-2306

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following: Mr. Dustin Roberts, Assistant United States Attorney and I hereby certify that I have mailed the document by the United States Postal Service to the following non-CM/ECF participants: none.

/s/ *Joe Alfaro*
Joe Alfaro
Assistant Federal Public Defender